# Court of Appeals
# of the State of Georgia

ATLANTA,  October 30, 2019

*The Court of Appeals hereby passes the following order:*

### A20D0129. GWENDOLYN BENTON v. BALTIMORE CRAB AND SEAFOOD PEARL, II, LLC.

Gwendolyn Benton filed a premises liability action against Baltimore Crab and Seafood Pearl, II, LLC. The trial court dismissed the action because Benton failed to effect service of process. Benton then timely filed this application for discretionary review.

Under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." The trial court's dismissal of Benton's complaint constituted a directly appealable final judgment. We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Benton shall have ten days from the date of this order to file a notice of appeal in the trial court. If Benton has already filed a timely notice of appeal in the trial court, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/30/2019*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*